Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Hannah R. Salassi, Esq. (S.B. # 230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
email: scole@scalaw.com
email: mbainer@scalaw.com
email: hsalassi@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BALTAZAR, CLAUDIA KELLER, JOHN R. BROWNING individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>APPLE, INC.,<br><br>　　　　　　　　Defendants. | Case No. C10-03231<br><br>**CLASS ACTION**<br><br>**AFFIDAVIT OF MATTHEW R. BAINER, ESQ. IN SUPPORT OF PLAINTIFFS' COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION** |

I, MATTHEW R. BAINER, declare:

1.　　I am an attorney-at-law, licensed to practice in all jurisdictions of this state, and I am an Associate Attorney with the law offices of Scott Cole & Associates, APC, ("SCA") attorneys-of-record for the plaintiffs in the above-entitled proceeding. I make these statements based on personal knowledge, would testify if called as a witness and have personal knowledge of the following. I make this declaration in support of Plaintiffs' Complaint for damages, injunctive relief and restitution and on behalf of the Representative Plaintiffs, Jacob Baltazar, Claudia Keller, and John Browning.

1    2.    This Court has jurisdiction over Representative Plaintiffs' and Class Members' claims for false and misleading advertising under Rule 23 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1367, the Unfair Competition Law ("UCL"), Business & Professions Code § 17200, *et seq.*, the False Advertising Law, Business & Professions Code § 17500, *et seq.*, and the Consumers Legal Remedies Act ("CLRA"), Civil Code § 1750, *et seq.*

3.    This Court has jurisdiction over Representative Plaintiffs' and Class Members' claims for injunctive relief and restitution of ill-gotten benefits arising from defendant APPLE's unlawful business practices under Business & Professions Code §§ 17203 and 17204.

4.    Venue as to Defendant is proper in this judicial district, pursuant to 28 U.S.C. § 1391, because the events giving rise to Plaintiffs' claims took place within the Northern District of California and because Defendant APPLE is headquartered in, and maintains its principal place of business within, this District.

5.    Federal court jurisdiction over this class action and representative action exists under 28 U.S.C. §1332 (diversity jurisdiction) and/or 28 U.S.C. § 1331 (controversy arising under United States law).  Supplemental jurisdiction to adjudicate issues pertaining to state law is proper in this Court under 28 U.S.C. § 1367.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct, is based completely on personal knowledge and if called as a witness I could and would competently testify thereto.

Executed on this 23rd day of August, at Oakland, California.

**SCOTT COLE & ASSOCIATES, APC**

By:   /s/ Matthew R. Bainer, Esq.
        Matthew R. Bainer, Esq.
        Attorneys for the Representative Plaintiff
        and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800