IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BALTAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant.<br>_____ / | No. C 10-03231 JSW<br><br>**ORDER DENYING MOTIONS TO DISMISS AND TO STRIKE CLASS ALLEGATIONS AS MOOT AND VACATING HEARING ON MOTIONS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 20, 2010, Defendant filed a Motion to Dismiss and Motion to Strike Class Allegations, which are noticed for hearing on December 3, 2010. On October 12, 2010, Plaintiff filed an Amended Complaint. The Court HEREBY DENIES AS MOOT the Motions to Dismiss and to Strike Class Allegations and VACATES the December 3, 2010 hearing date. Defendant filed its motion when the case was assigned to Magistrate Judge Chen. However, Defendant's motion to dismiss exceeds the page limitations permitted under this Court's Civil Standing Orders paragraph 7. Accordingly, if Defendant moves to dismiss or moves to strike allegations from the amended complaint, it must comply with Standing Order paragraph 7, or submit a request to exceed the Court's page limitations, demonstrating good cause, before filing its motion.

//

//

//

It is FURTHER ORDERED that the initial case management conference set for November 12, 2010, is HEREBY CONTINUED to December 17, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE